*G. Douglas Nash*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided March 16, 2004

STATE OF CONNECTICUT *v.* CAMERON MOUNDS

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 361 (AC 23679), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided March 16, 2004

STATE OF CONNECTICUT *v.* RICARDO MILLS

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 662 (AC 23360), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*E. Paul Haringa*, assistant public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided March 24, 2004